23-1251
IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| JARED POLIS, in his official capacity as Governor of the State of Colorado, <br><br>     Defendant - Appellant, <br> v. <br><br> ROCKY MOUNTAIN GUN OWNERS, TATE MOSGROVE, and ADRIAN S. PINEDA, <br><br>     Plaintiffs - Appellees. | |

On Appeal from the United States District Court, District of Colorado
The Honorable Phillip A. Brimmer
Chief District Judge

District Court Case No. 23-cv-01077-PAB

**MOTION TO WITHDRAW**

PHILIP J. WEISER
Attorney General
SHANNON WELLS STEVENSON*
Solicitor General
MICHAEL T. KOTLARCZYK *
Assistant Solicitor General
MATTHEW J. WORTHINGTON*
Assistant Attorney General

Colorado Department of Law
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6187
E-Mail: shannon.stevenson@coag.gov;
mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov
*Counsel of Record
*Attorneys for Governor Polis*

The undersigned counsel for Defendant-Appellant Governor Jared Polis, in his official capacity as Governor, State of Colorado, hereby submits this Motion for Withdrawal pursuant to 10th Cir. R. 46.4, and in support thereof states:

1. Assistant Attorney General Matthew J. Worthington is resigning from the Colorado Department of Law, effective September 17, 2024.

2. Assistant Attorney General Matthew J. Worthington has complied with all outstanding order in this case.

3. Solicitor General Shannon Stevenson and Assistant Solicitor General Michael T. Kotlarczyk will remain as counsel of record for the Governor in this matter.

4. Notice of Assistant Attorney General Matthew J. Worthington's withdrawal has been provided to the Governor and all parties to this action.

5. Counsel for the other parties have stated that they do not oppose Assistant Attorney General Matthew J. Worthington's withdrawal.

Dated September 16th, 2024.

PHILIP J. WEISER
Attorney General

/s/ Matthew J. Worthington

MATTHEW J. WORTHINGTON*
Assistant Attorney General

Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6124
E-Mail: matt.worthington@coag.gov
*Counsel of Record

# CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 135 words, excluding the parts exempted.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) and 10th Cir. R. 32(A) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2309 in 13-point Times New Roman for the case caption and 14-point Times New Roman for the body of the motion.

Dated: September 16, 2024.

s/ Matthew J. Worthington
Matthew J. Worthington
Assistant Attorney General
Department of Law
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6124
E-Mail: matt.worthington @coag.gov
