23-1251

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS, TATE MOSGROVE, and ADRIAN S. PINEDA,<br><br>    Plaintiffs - Appellees,<br>v.<br><br>JARED POLIS, in his official capacity as Governor of the State of Colorado,<br><br>    Defendant - Appellant. | |

On Appeal from the United States District Court, District of Colorado
The Honorable Phillip A. Brimmer
Chief District Judge

District Court Case No. 23-cv-01077-PAB

**MOTION TO WITHDRAW**

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General<br>SHANNON WELLS STEVENSON*<br>Solicitor General<br>MICHAEL T. KOTLARCZYK *<br>PETER G. BAUMANN*<br>JOSEPH G. MICHAELS*<br>Assistant Solicitors General | Colorado Department of Law<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Telephone: 720-508-6187<br>E-Mail: shannon.stevenson@coag.gov;<br>mike.kotlarczyk@coag.gov;<br>peter.baumann@coag.gov;<br>joseph.michaels@coag.gov<br><br>*Counsel of Record<br><br>*Attorneys for Governor Polis* |

The undersigned counsel for Defendant-Appellant Governor Jared Polis, in his official capacity as Governor, State of Colorado, hereby submits this Motion for Withdrawal pursuant to 10th Cir. R. 46.4, and in support thereof states:

1. Assistant Solicitor General Michael T. Kotlarczyk is resigning from the Colorado Department of Law, effective October 1, 2024.

2. Assistant Solicitor General Michael T. Kotlarczyk has complied with all outstanding orders in this case.

3. Solicitor General Shannon Stevenson and Assistant Solicitors General Peter G. Baumann and Joseph G. Michaels will remain as counsel of record for the Governor in this matter.

4. Notice of Assistant Solicitor General Michael T. Kotlarczyk's withdrawal has been provided to the Governor and all parties to this action.

5. Counsel for the other party has stated that they do not oppose Assistant Solicitor General Michael T. Kotlarczyk's withdrawal.

Dated September 27, 2024.

PHILIP J. WEISER
Attorney General

/s/ Michael T. Kotlarczyk

1

MICHAEL T. KOTLARCZYK*
Assistant Solicitor General

Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone:  720-508-6187
E-Mail:  mike.kotlarczyk@coag.gov
*Counsel of Record

# CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 139 words, excluding the parts exempted.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) and 10th Cir. R. 32(A) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2309 in 14-point Times New Roman.

Dated: September 27, 2024.

s/ Michael T. Kotlarczyk
Michael T. Kotlarczyk
Assistant Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6187
E-Mail: mike.kotlarczyk@coag.gov
