23-1251
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JARED POLIS, in his official capacity as Governor of the State of Colorado, | |
| Defendant - Appellant, | |
| v. | |
| ROCKY MOUNTAIN GUN OWNERS, TATE MOSGROVE, and ADRIAN S. PINEDA, | |
| Plaintiffs - Appellees. | |

On Appeal from the United States District Court, District of Colorado
The Honorable Phillip A. Brimmer
Chief District Judge

District Court Case No. 23-cv-01077-PAB

**GOVERNOR POLIS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

PHILIP J. WEISER
Attorney General
GRANT T. SULLIVAN*
Assistant Solicitor General
MICHAEL T. KOTLARCZYK *
Senior Assistant Attorney General
MATTHEW J. WORTHINGTON*
Assistant Attorney General

Colorado Department of Law
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6349
E-Mail: grant.sullivan@coag.gov;
mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov
*Counsel of Record
*Attorneys for Governor Polis*

1

Defendant/Appellant Jared Polis, in his official capacity as the Governor of the State of Colorado, by and through his attorneys, the Colorado Attorney General's Office, hereby moves the Court pursuant to Fed. R. App. P. 26 and 27, and 10th Cir. R. 27, for an extension of twenty-eight (28) days, or until Thursday, December 7, 2023, to file Appellant's opening brief. As grounds therefore, Appellant states:

1) Undersigned attorneys for Appellant conferred with Appellees' counsel on November 1, 2023, regarding the relief requested herein and learned that Appellees do not oppose this motion.

2) Appellant filed his Notice of Appeal on August 11, 2023.

3) On September 26, 2023, the Court granted Appellant's first unopposed motion for extension of time, extending the deadline for his Opening Brief from October 10, 2023, to November 9, 2023.

4) Undersigned counsel now requests an additional 28-day extension of this deadline, until and including Thursday, December 7, 2023.

5) As reason therefore, Appellant states that after requesting the prior extension, the three undersigned counsel were required to defend the Governor in a similar Second Amendment challenge to Colorado's 3-day waiting period for firearm purchases, also brought by the organizational Plaintiff here, in *Rocky Mountain Gun Owners, et al. v. Polis*, No. 23-cv-02563-JLK (D. Colo.), filed on October 1, 2023. The undersigned counsel participated in a two-day live preliminary injunction hearing on October 26 and 30, 2023, which required advanced preparation of multiple expert witnesses. Given the expedited

nature of the proceeding, and the undersigned counsel's work on a prior related case challenging the same law, counsel was not able to prepare other counsel in their office to defend the Governor in the proceeding. As a result of their work on this other Second Amendment challenge, and other work demands described below, the undersigned counsel are not able to complete Appellant's brief in this action by November 9, 2023.

6) Appellant further states that this case presents complex constitutional issues of great public interest that arise under the Second Amendment and the United States Supreme Court's decision in *NY State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). On August 7, 2023, the United States District Court for the District of Colorado issued a 44-page order preliminarily enjoining Colorado's enforcement of a new statute, SB23-169, which sets a minimum age for purchasing guns in Colorado. Appellant needs additional time to prepare his Opening Brief, which will cover several different issues. Specifically, Appellant must address the District Court's interpretation of the *Bruen* test, the evidence regarding our Nation's historical tradition of firearm regulation, and other factors related to the issuance of a preliminary injunction, such as standing, irreparable harm, and the public interest.

7) Undersigned counsel Grant T. Sullivan has a number of litigation and general counsel demands and, as a result, counsel is unable to complete Appellant's brief by November 9, 2023, even while exercising due diligence. Specifically, Mr. Sullivan's work demands include but are not limited to: (1) representing the Colorado Secretary of State in an expedited election case where voters are challenging the qualification of former

President Trump to appear on the 2024 Republican primary ballot, in *Anderson v. Griswold*, No. 2023CV32577 (Denver Dist. Ct.), which matter has been set for 5-day evidentiary hearing commencing October 30, 2023; a continuance is not possible due to its expedited nature in advance of 2024's upcoming primary election; (2) engaging in expedited discovery, including three depositions, in a First Amendment challenge to Colorado's Universal Preschool program in *St. Mary Catholic Preschool v. Roy*, No. 23-cv-2079-JLK (D. Colo.); a continuance of this discovery is not possible as the district court has already denied a motion to stay discovery pending its ruling a dispositive motion; (3) preparing briefing on a renewed motion to dismiss on behalf of the Colorado Department of Military and Veterans Affairs in *Kennedy v. Paul*, No. 21-cv-772-WJM-MEH (D. Colo.); the motion was filed October 27, 2023 (which deadline was already extended by two weeks), and a reply will be due December 1, 2023; and (4) engaging in discovery on the question of mootness pursuant to this Court's order of limited remand in *InfoCision Mgmt. Corp. v. Griswold*, No. 22-1264 (10th Cir. Aug. 7, 2023). Mr. Sullivan is also general counsel to the Colorado Public School Fund Investment Board, and will need to attend its November 13, 2023, regular meeting. An extension of this meeting is unlikely due to the large number of participants who have already cleared their calendars for the November 13 meeting.

8) Undersigned counsel Michael T. Kotlarczyk has a number of litigation and general counsel demands and, as a result, counsel is unable to complete Appellant's brief by November 9, 2023, even while exercising due diligence. Specifically, Mr. Kotlarczyk

4

has work demands, including but not limited to: (1) representing the Colorado Secretary of State in an expedited election case where voters are challenging the qualification of former President Trump to appear on the 2024 Republican primary ballot, in *Anderson v. Griswold*, No. 2023CV32577 (Denver Dist. Ct.), which matter has been set for 5-day evidentiary hearing commencing October 30, 2023 with proposed findings of fact and conclusions of law due on November 8; a continuance is not possible due to its expedited nature in advance of 2024's upcoming primary election; (2) representing the Colorado Secretary of State in *Advance Colorado v. Griswold*, No. 23-cv-01999-PAB-SKC (D. Colo.), with a responsive pleading deadline of November 17, 2023; (3) representing the Governor in a recently concluded preliminary injunction hearing in *Rocky Mountain Gun Owners v. Polis*, No. 23-cv-02563-JLK (D. Colo.), held on October 26 and October 30; (4) representing the Attorney General in a recently concluded preliminary injunction hearing in *Bella Health & Wellness v. Weiser*, 23-cv-00939-DDD-SKC (D. Colo.), held on October 17, 2023; and (5) serving as general counsel to the Title Setting Board, with meetings twice per month.

9)     Undersigned counsel Matthew J. Worthington has a number of litigation and general counsel demands and, as a result, counsel is unable to complete Appellant's brief by November 9, 2023, even while exercising due diligence.  Specifically, Mr. Worthington's work demands, include but are not limited to: (1) representing the Governor at a preliminary injunction hearing on October 26 and 30, 2023, in a similar Second Amendment challenge to Colorado's 3-day waiting period for firearm purchases in *Rocky*

5

*Mountain Gun Owners, et al. v. Polis*, No. 23-cv-02563-JLK (D. Colo.); (2) a discovery deadline on November 6, 2023, and dispositive motion deadline on November 16, 2023, in *Dixon v. Metropolitan State University of Denver*, No. 23-cv-00606-RMR-STV (D. Colo.) the Defendant is requesting an extension of these deadlines, which is not guaranteed; (3) expert disclosure deadline on December 5, 2023, in *Usrey v. Colorado State University*, Larimer County District Court, No. 2022CV30906, which has already been extended once; and, (4) providing ongoing advice on several confidential time-sensitive matters and investigations for Colorado's public institutions of higher education where the advice cannot be delayed, for which Mr. Worthington serves as outside general counsel.

10)     As a result, undersigned counsel is unable to complete Appellant's brief by November 9, 2023 even while exercising due diligence. Counsel is not able to have other attorneys in their office prepare the brief because they are most intimately familiar with the legal research and record in this case. Other attorneys would need additional time to get up-to-speed and also have their own existing litigation deadlines and general counsel responsibilities.

11)     This short extension of time will cause Appellees no prejudice.

12)     This is the second extension of time Appellant has requested, which would result in a total extension of 58 days for Appellant's Opening Brief.

Wherefore Defendant-Appellant Jared Polis requests that the Court enter an Order allowing him an extension of 28 days or until December 7, 2023, to file Appellant's brief and granting all other appropriate relief.

Respectfully Submitted,

PHILIP J. WEISER
Attorney General

*s/ Matthew J. Worthington*
*Grant T. Sullivan*, Assistant Solicitor General*
*Michael T. Kotlarczyk,* Senior Assistant Attorney General*
*Matthew J. Worthington*, Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6349
Email: grant.sullivan@coag.gov;
mike.kotlarczyk@coag.gov; matt.worthington@coag.gov
*Attorneys for Governor Jared Polis*
*Counsel of Record

## CERTIFICATE OF SERVICE

  I hereby certify that on November 2, 2023, I served a true and complete copy of the foregoing **Motion for Extension** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com

*Attorney for Plaintiffs*

                *s/ Carmen Van Pelt*
                Carmen Van Pelt

# WORD COUNT AND TYPEFACE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because

>this motion contains 1,302 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because

>this brief has been prepared in a proportionally spaced typeface (thirteen-point Times New Roman) using Microsoft Word.

Date: November 2, 2023.

>*s/ Matthew J. Worthington*
>MATTHEW J. WORTHINGTON
>Assistant Attorney General