FILED  
United States Court of Appeals  
Tenth Circuit  

November 2, 2023  

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>JARED POLIS, in his official capacity as Governor of the State of Colorado,<br><br>    Defendant - Appellant. | No. 23-1251<br>(D.C. No. 1:23-CV-01077-PAB-NRN)<br>(D. Colo.) |

_____

## ORDER
_____

This matter is before the court on appellant's second motion for extension of time to file the appellant's brief in this appeal. At the direction of the court, the motion is granted. The brief shall be served and filed on or before December 7, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk