UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

December 13, 2023

Mr. Michael Kotlarczyk
Mr. Grant Sullivan
Mr. Matthew John Worthington
Colorado Department of Law
Civil Litigation & Employment
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**RE:**　　23-1251, Rocky Mountain Gun Owners, et al v. Polis
　　　　　Dist/Ag docket: 1:23-CV-01077-PAB-NRN

Dear Counsel:

The paper copies of appellant's and appendix are deficient.

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies of the brief and a single corrected paper copy of the appendix within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Barry K. Arrington

CMW/klp