# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Rocky Mountain Gun Owners, Tate Mosgrove, and Adrian Pineda

v.

Jared Polis, in his official capacity as Governor of the State of Colorado

Case No. 23-1251

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Everytown for Gun Safety
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Janet Carter | |
| Name of Counsel | Name of Counsel |
| /s/ Janet Carter | |
| Signature of Counsel | Signature of Counsel |
| 450 Lexington Ave, PO Box 4184, New York, NY 10017 | |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jcarter@everytown.org     (646) 324-8174 | |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

12/14/2023
Date

/s/ Janet Carter
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

✔ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   12/14/2023   I sent a copy of this Entry of Appearance
        [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

12/14/2023
_____
Date

/s/ Janet Carter
_____
Signature