No. 23-1251

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

JARED POLIS, in his official capacity as Governor of the State of Colorado,

*Defendant-Appellant*,

v.

ROCKY MOUNTAIN GUN OWNERS, TATE MOSGROVE, and ADRIAN S. PINEDA,

*Plaintiffs-Appellees*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, CASE NO. 23-CV-01077-PAB
THE HONORABLE PHILLIP A. BRIMMER, CHIEF JUDGE, PRESIDING

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

BARRY K. ARRINGTON
ARRINGTON LAW FIRM
4195 WADSWORTH BOULEVARD
WHEAT RIDGE, COLORADO 80033
(303) 205-7870
barry@arringtonpc.com

*Attorney for Plaintiffs-Appellees*

1

Plaintiffs-Appellees move the Court pursuant to Fed. R. App. P. 26 and 27 and 10th Cir. R. 27.6 for an extension of thirty (30) days, or until February 7, 2024, in which to file their Answer Brief. As grounds for this motion they state:

1.  The undersigned attorney for Appellees conferred with Appellant's counsel on December 18, 2023, regarding the relief requested herein. Appellant does *not* oppose this motion.

2.  Appellant's Opening Brief was initially due on October 10, 2023. Appellant sought two extensions of time in which to file his Opening Brief, and he filed his Opening Brief on December 7, 2023.

3.  Appellees' Answer Brief is due on January 8, 2024.

4.  Undersigned counsel requests a thirty (30) day extension of this deadline, until and including Wednesday, February 7, 2024.

5.  As a reason for this request, Appellees state that an adequate brief cannot reasonably be prepared by the due date. This case presents complex issues of great public interest arising under the Second Amendment to the United States Constitution

and the United States Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). Appellant's Opening Brief is 62 pages long and addresses numerous issues of constitutional law to which Appellees must respond.

6. This extension of time will not prejudice Appellant.

7. This is the first extension of time requested by Appellees.

WHEREFORE, Plaintiff-Appellees request the Court to enter an Order allowing them an extension of 30 days or until February 7, 2024, to file Appellees' Answer Brief.

Dated December 27, 2023.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com

## WORD COUNT AND TYPEFACE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because

>this motion contains **518** words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because

>this brief has been prepared in a proportionally spaced typeface (fourteen-point Century Schoolbook) using Microsoft Word.

Date: December 27, 2023

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
barry@arringtonpc.com