UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 07, 2024

Mr. Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
80033
Denver, CO 80210

**RE:**     **23-1251, Rocky Mountain Gun Owners, et al v. Polis**
           Dist/Ag docket: 1:23-CV-01077-PAB-NRN

Dear Counsel:

Appellees' response brief received in this case contains too many pages or exceeds the type-volume limit. *See* Fed. R. App. P. 32(a)(7) and 28.1(e), if applicable. You must file a motion to exceed the brief length limit or file a substitute brief that complies with the limit. Do not file paper copies of your brief until the court has received your motion and granted it or has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Janet Carter
Matthew R. Diton
James C. Dugan
Jared Ellis
Patrick Brodie Hall
Alex Hemmer
Sophie Kivett
Michael Kotlarczyk
Ciara Wren Malone
John R. Milligan
Matthew John Worthington
Rebecca Zoller

CMW/lg