UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 13, 2024

Mr. Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
80033
Denver, CO 80210

**RE:** 23-1251, Rocky Mountain Gun Owners, et al v. Polis
Dist/Ag docket: 1:23-CV-01077-PAB-NRN

Dear Counsel:

**The paper copies of appellees brief brief are deficient.**

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:   Michael Kotlarczyk
      Matthew John Worthington


CMW/jm