FILED
United States Court of Appeals
Tenth Circuit

March 29, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

ROCKY MOUNTAIN GUN OWNERS;
TATE MOSGROVE; ADRIAN S.
PINEDA,

    Plaintiffs - Appellees,

v.

JARED POLIS, in his official capacity as
Governor of the State of Colorado,

    Defendant - Appellant.

-------------------------------

STATE OF ILLINOIS; STATE OF
ARIZONA; STATE OF CALIFORNIA;
STATE OF CONNECTICUT; STATE OF
DELAWARE; DISTRICT OF
COLUMBIA; STATE OF MICHIGAN;
STATE OF HAWAII; STATE OF
MINNESOTA; STATE OF MARYLAND;
STATE OF NEVADA; STATE OF
MASSACHUSETTS; STATE OF NEW
JERSEY; STATE OF NEW YORK;
STATE OF OREGON; STATE OF
PENNSYLVANIA; STATE OF RHODE
ISLAND; STATE OF VERMONT;
STATE OF WASHINGTON; MARCH
FOR OUR LIVES FOUNDATION; GUN
OWNERS FOR SAFETY;
DENVERPUBLIC SCHOOLS;
EVERYTOWN FOR GUN SAFETY;
BRADY CENTER TO PREVENT GUN
VIOLENCE; NATIONAL SHOOTING
SPORTS FOUNDATION, INC.;
FIREARMS POLICY COALITION; FPC
ACTION FOUNDATION,

No. 23-1251
(D.C. No. 1:23-CV-01077-PAB-NRN)
(D. Colo.)

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court sua sponte to direct the Appellees, Tate Mosgrove and Adrian S. Pineda, to submit their respective birth dates to the court. This information is necessary for the court to determine whether it can exercise jurisdiction over this matter, whether the plaintiffs have standing, and whether the matter has become moot. *See Patrick G. by & through Stephanie G. v. Harrison Sch. Dist. No. 2*, 40 F.4th 1186, 1200 (10th Cir. 2022) ("[I]f an actual controversy ceases to exist at any stage of litigation, the case has become moot and should be dismissed." (quotation marks omitted)).

Within **7 days of the date of this order**, the Appellees shall file a supplemental appendix with the day, month, and year of each plaintiff's birth. The supplemental appendix shall be filed under seal.

No supplemental briefing is permitted at this time.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk