FILED
United States Court of Appeals
Tenth Circuit

June 25, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS; TATE MOSGROVE; ADRIAN S. PINEDA,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>JARED POLIS, in his official capacity as Governor of the State of Colorado,<br><br>    Defendant - Appellant.<br><br>------------------------------<br><br>STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF MICHIGAN; STATE OF HAWAII; STATE OF MINNESOTA; STATE OF MARYLAND; STATE OF NEVADA; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; MARCH FOR OUR LIVES FOUNDATION; GUN OWNERS FOR SAFETY; DENVERPUBLIC SCHOOLS; EVERYTOWN FOR GUN SAFETY; BRADY CENTER TO PREVENT GUN VIOLENCE; NATIONAL SHOOTING SPORTS FOUNDATION, INC.; FIREARMS POLICY COALITION; FPC ACTION FOUNDATION, | No. 23-1251<br>(D.C. No. 1:23-CV-01077-PAB-NRN)<br>(D. Colo.) |

Amici Curiae.

_____

**ORDER**
_____

Before **McHUGH**, **MURPHY**, and **FEDERICO**, Circuit Judges.
_____

This matter is before the court *sua sponte* to direct supplemental briefing regarding the impact on the issues raised in this appeal, if any, of the Supreme Court's June 21, 2024 opinion in *United States v. Rahimi*, No. 22-915. Within 21 days of the date of this order, the parties shall file simultaneous supplemental briefs, which may be no longer than ten pages in a 13- or 14-point font. Within 14 days of service of the supplemental briefs, the parties may file simultaneous supplemental response briefs, which may be no longer than seven pages in a 13- or 14-point font.

The supplemental briefs need not comply with the content requirements of Fed. R. App. P. 28(a), but they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk